AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wilson, Stephen V | U.S. District Court | 07/02/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b.  ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court<br>312 N. Spring St., Room 217J<br>Los Angeles, CA 90012 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X]  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X]  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUL -6 A 10: 55 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 07/02/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]     NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]     NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]     NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 07/02/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | North Fork Bank | mortgage - real estate (Capri) | P2 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 07/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. El Dorado - Real Estate -Partner | D | Dividend | M | W | | | | | |
| 2. Harbor City Mobile Park - Partner | D | Dividend | L | W | | | | | |
| 3. 6222 Investments - Partner | D | Dividend | L | W | | | | | |
| 4. Capri Partnership | E | Rent | P2 | W | | | | | |
| 5. Malibu | E | Rent | P2 | W | partial sale | 1/18 | M | G | J. Serringer |
| 6. " | | | | | partial sale | 8/15 | M | G | E. Bernabe |
| 7. Brokerage Acct #1 | | | | | | | | | |
| 8. Highmark Div Money Market | | None | | | Redemption | 3/9 | O | | |
| 9. Highmark Div Money Market | | None | O | T | | | | | |
| 10. U.S. T Bills | | None | O | T | buy | 3/9 | O | | |
| 11. U.S. T Bills | | None | | | redemption | 9/7 | O | | |
| 12. U.S. T Bills | | None | O | T | buy | 9/7 | O | | |
| 13. CA State Wtr Dev | | None | M | T | | | | | |
| 14. Highmark Div Money Market | | None | O | T | | | | | |
| 15. BROKERAGE ACCT. # 2 | | | | | | | | | |
| 16. MM Funds | | None | N | T | | | | | |
| 17. CA St Cmntys | | None | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 07/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. CA Sch Fac | | None | M | T | | | | | |
| 19. CA St Var Pur | | None | M | T | | | | | |
| 20. US T Bill | | None | | | redemption | 5/18 | M | | |
| 21. US T Bill | | None | M | T | buy | 5/18 | M | | |
| 22. US T Bill | | None | | | redemption | 8/15 | M | | |
| 23. Fed Hm Ln Bk | | None | O | T | | | | | |
| 24. Fed Natl Mtg. Assn | | None | M | T | | | | | |
| 25. Mutual Fund-Muni Inv Accum Prog | | None | J | T | | | | | |
| 26. BONDS: | | | | | | | | | |
| 27. State of Israel Bond | A | Interest | J | U | | | | | |
| 28. State of Israel Bond | A | Interest | J | U | | | | | |
| 29. State of Israel Bond | A | Interest | J | U | | | | | |
| 30. State of Israel Bond | A | Interest | J | U | | | | | |
| 31. State of Israel Bond | A | Interest | K | U | | | | | see explanation |
| 32. BROKERAGE ACCT. # 3: | | | | | | | | | |
| 33. IRA | | None | P1 | T | | | | | |
| 34. BROKERAGE ACCT #4: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 07/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. San Francisco CA City & Cnty | | None | K | T | | | | | |
| 36. Santa Monica Malibu Univ | | None | K | T | | | | | |
| 37. Kern County CA CTFS | | None | J | T | | | | | |
| 38. Trabuco Cnyn CA Pub | | None | | | redemption | 10/02 | K | | |
| 39. Inland Empire Solid Waste | | None | | | redemption | 8/01 | K | | |
| 40. Alameda Cnty CA Corp | | None | K | T | | | | | |
| 41. Cupertino Cal Un Sch Dist | | None | K | T | | | | | |
| 42. U.S.T Bill | | None | | | redemption | 2/2 | L | | |
| 43. Santa Barbara Ctny CA Scls | | None | | | redemption | 6/30 | L | | |
| 44. University CA Revs | | None | L | T | | | | | |
| 45. Evergreen CA Sch Dist | | None | J | T | | | | | |
| 46. East Bay Mun Util Dis | | None | K | T | | | | | |
| 47. L.A. Cnty CA Met Trans | | None | K | T | | | | | |
| 48. San Jose CA Redev Agy | | None | K | T | | | | | |
| 49. Santa Rosa CA Wastewater | | None | K | T | | | | | |
| 50. San Diego Cnty CA Regl Trans | | None | L | T | | | | | |
| 51. San Mateo CA Un HS | | None | | | redemption | 9/01 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 07/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Rosemead CA Schl Dist | | None | L | T | | | | | |
| 53. University CA Revs | | None | K | T | buy | 2/14 | K | | |
| 54. Livermore Valley CA | | None | L | T | buy | 2/17 | L | | |
| 55. U.S. T Note | | None | M | T | buy | 7/07 | M | | |
| 56. U.S. T Bill | | None | K | T | buy | 9/05 | K | | |
| 57. Inglewood CA Uni Schl Dist | | None | K | T | | | | | |
| 58. BROKERAGE ACCT # 5: | | | | | | | | | |
| 59. CA ST GO | | None | N | T | | | | | |
| 60. US TB | | None | N | T | | | | | |
| 61. US T Bill | | None | M | T | | | | | |
| 62. US T Bill | | None | M | T | | | | | |
| 63. US T Bill | | None | | | redemption | 2/09 | J | | |
| 64. US T Bill | | None | | | redemption | 6/29 | N | | |
| 65. U.S. T Bill | | None | N | T | | | | | |
| 66. U.S. T Bill | | None | K | T | buy | 2/13 | K | | |
| 67. U.S. T Bill | | None | | | redemption | 8/17 | K | | |
| 68. U.S. T Bill | | None | N | T | buy | 6/23 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 07/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. U.S. T Bill | | None | | | redemption | 12/28 | N | | |
| 70. U.S. T Bill | | None | K | T | buy | 8/24 | K | | |
| 71. BROKERAGE ACCT # 6: | | | | | | | | | |
| 72. T. Bill | | None | N | T | | | | | |
| 73. T. Bill | | None | | | redemption | 1/26 | N | | |
| 74. T. Bill | | None | N | T | Buy | 2/03 | N | | |
| 75. T. Bill | | None | | | redemption | 8/3 | N | | |
| 76. T.Bill | | None | N | T | buy | 8/3 | N | | |
| 77. T. Bill | | None | M | T | buy | 5/11 | M | | |
| 78. T. Bill | | None | | | redemption | 11/9 | M | | |
| 79. T. Bill | | None | M | T | buy | 11/9 | M | | |
| 80. T. Bill | | None | N | T | buy | 9/17 | N | | |
| 81. BROKERAGE ACCT # 7: | | | | | | | | | |
| 82. A.G. Edwards Centennial CA MM Acct | | None | M | T | | | | | |
| 83. CA GO | | None | K | T | | | | | |
| 84. CA ST GO | | None | K | T | | | | | |
| 85. Davis CA | | None | | | redemption | 8/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 07/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. FHLB | | None | M | T | | | | | |
| 87. US T Bills | | None | | | redemption | 9/07 | L | | |
| 88. Fresno CA | | None | K | T | | | | | |
| 89. Orange Co. CA | | None | L | T | | | | | |
| 90. San Diego Cnty | | None | L | T | | | | | |
| 91. Redding CA | | None | | | redemption | 3/01 | K | | |
| 92. CA St. RFDG | | None | L | T | | | | | |
| 93. CA St Public Wks Bd | | None | K | T | | | | | |
| 94. FHLB Bond | | None | L | T | | | | | |
| 95. FFCB Bond | | None | K | T | | | | | |
| 96. FFCB Bond | | None | K | T | | | | | |
| 97. LA CA MTA | | None | L | T | | | | | |
| 98. Vallejo CA | | None | K | T | | | | | |
| 99. CA St. Pub Wks | | None | K | T | | | | | |
| 100. CA St. Public Wks | | None | K | T | | | | | |
| 101. CA St | | None | K | T | | | | | |
| 102. U.S. T Bill | | None | L | T | buy | 3/08 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 07/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Fedl Farm Credit Bk | | None | L | T | buy | 3/08 | L | | |
| 104. Fedl Farm Credit Bank | | None | L | T | buy | 9/06 | L | | |
| 105. U.S. T. Bill | | None | L | T | buy | 9/07 | L | | |
| 106. San Diego Cnty CA | | None | J | T | buy | 11/15 | J | | |
| 107. BROKERAGE ACCT # 8: | | | | | | | | | |
| 108. Financing Corp. Cpn | | None | | | redemption | 5/11 | K | | |
| 109. Fed Home Loan | | None | | | redemption | 11/13 | L | | |
| 110. Fed Hm Ln Mtg Corp | | None | L | T | | | | | |
| 111. Fed Hm Ln Bank Cons | | None | M | T | | | | | |
| 112. Fed Hm Loan Mtg. Corp | | None | | | redemption | 7/17 | J | | |
| 113. FHL Mtg Corp. | | None | L | T | | | | | |
| 114. U.S. T Note | | None | | | Redemption | 1/31 | M | | |
| 115. U.S. T Note | | None | M | T | buy | 1/30 | M | | |
| 116. U.S. T Note | | None | K | T | buy | 5/15 | K | | |
| 117. BROKERAGE ACCT # 9: | | | | | | | | | |
| 118. GMAC Com Mtg | | None | J | T | buy | 10/13 | J | | |
| 119. ML Short Term Global Income X | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 07/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Wm Floyd Un Free USD NY | | None | L | T | | | | | |
| 121.  NY St. Pwr Auth Rev Gen Purp R | | None | K | T | | | | | |
| 122.  Mutual Fund - Municipal Inv Trust | | None | L | T | | | | | |
| 123.  U.S. T. Note | | None | | | redemption | 1/31 | M | | |
| 124.  U.S. T. Note | | None | | | redemption | 1/31 | L | | |
| 125.  US T. Bill | | None | K | T | | | | | |
| 126.  U.S. Treas Note | | None | L | T | | | | | |
| 127.  Mutual Fund - NUV NY Select | | None | M | T | | | | | |
| 128.  BROKERAGE ACCT # 10: | | | | | | | | | |
| 129.  Crowell Weedon Genl Govt Mny Mkt ClB | | None | | | part redemp | 3/08 | J | | |
| 130.  U.S. T Bill | | None | | T | buy | 3/9 | O | | |
| 131.  U.S. T Bill | | None | | | part redemp | 9/7 | O | | |
| 132.  U. S. T Bill | | None | O | T | buy | 9/7 | O | | |
| 133.  BROKERAGE ACCT # 11: | | | | | | | | | |
| 134.  U.S. T Bill | | None | | | part redem | 4/7 | N | | |
| 135.  Fed Hm Ln Bk | | None | N | T | buy | 4/7 | N | | |
| 136.  " " | | None | | | redemption | 12/22 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 07/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. MM Funds | | None | J | T | buy | 4/7 | J | | |
| 138. Account # 12 | | | | | | | | | |
| 139. Money Market Funds and securities | D | Int./Div. | N | T | | | | | see explanation |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 07/02/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 21:     In 2005, a bond was redeemed (7/20/07 report, line 20). The money was reinvested to purchase another bond (on 2/05).

Line 139:   This account has been added and should have previously been reported.

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 07/02/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____    Date___7/3/07___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544